JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 23 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

RTC DOCKET NO. 1

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FEDERAL ENERGY REGULATORY COMMISSION ABANDONMENT OF CASES ORDER DATED JULY 22, 1988

## CONSOLIDATION ORDER

The Federal Energy Regulatory Commission issued an order dated July 22, 1988. On August 23, 1988, the Panel filed, pursuant to 28 U.S.C. §2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included nine petitions for review pending in seven circuit courts of appeal as follows: one in the District of Columbia Circuit, one in the Third Circuit, three in the Fifth Circuit, one in the Sixth Circuit, one in the Seventh Circuit, one in the Ninth Circuit and one in the Tenth Circuit.

The Panel has randomly selected the Sixth Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §2112(a)(3), the petitions for review listed on the attached Schedule A be, and the same hereby are, consolidated in the Court of Appeals for the Sixth Circuit and that this circuit be, and the same hereby is, designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

Rose E. Washington
Chief Deputy Clerk
Random Selector

Catherine D. Stacey
Deputy Clerk
Witness

Schedule A

<u>District of Columbia Circuit</u>

<u>Associated Gas Distributors</u> v. <u>Federal Energy Regulatory Commission</u>, Appeal No. 88-1531, Petition Filed July 26, 1988, Petition Received July 28, 1988

<u>U.S. Court of Appeals for the Third Circuit</u>

<u>Atlantic Richfield Company</u> v. <u>Federal Energy Regulatory Commission</u>, Appeal No. 88-3487, Petition Filed July 29, 1988, Petition Received August 1, 1988

<u>U.S. Court of Appeals for the Fifth Circuit</u>

<u>Shell Offshore</u> v. <u>Federal Energy Regulatory Commission</u>, Appeal No. 88-4533, Petition Filed July 25, 1988, Petition Received July 28, 1988

<u>Mobil Oil Exploration</u> v. <u>Federal Energy Regulatory Commission</u>, Appeal No. 88-4533 (consolidated case), Petition Filed July 25, 1988, Petition Received July 29, 1988

<u>Conoco, Inc.</u> v. <u>Federal Energy Regulatory Commission</u>, Appeal No. 88-4533 (consolidated case), Petition Filed July 27, 1988, Petition Received August 1, 1988

<u>U.S. Court of Appeals for the Sixth Circuit</u>

<u>Marathon Oil Company</u> v. <u>Federal Energy Regulatory Commission</u>, Appeal No. 88-3666, Petition Filed July 26, 1988, Petition Received July 28, 1988

<u>U.S. Court of Appeals for the Seventh Circuit</u>

<u>Amoco Production Company</u> v. <u>Federal Energy Regulatory Commission</u>, Appeal No. 88-2424, Petition Filed July 25, 1988, Petition Received August 1, 1988

<u>U.S. Court of Appeals for the Ninth Circuit</u>

<u>Chevron U.S.A.</u> v. <u>Federal Energy Regulatory Commission</u>, Appeal No. 88-7282, Petition Filed July 25, 1988, Petition Received August 1, 1988

<u>U.S. Court of Appeals for the Tenth Circuit</u>

<u>Phillips Petroleum</u> v. <u>Federal Energy Regulatory Commission</u>, Appeal No. 88-2142, Petition Filed July 25, 1988, Petition Received July 28, 1988