DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____    RTC DOCKET SHEET    Page 1

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/08/23 | RTC-1 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving nine appeals pending in seven circuits as follows: one in the District of Columbia Circuit, one in the Third Circuit, three in the Fifth Circuit, one in the Sixth Circuit, one in the Seventh Circuit, one in the Ninth Circuit and one in the Tenth Circuit.--appealing agency order No. 490 and 490-A Abandonment of Sales, dated July 22, 1988 |
| 88/08/23 | RTC-1 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating nine appeals that were pending in seven circuits in the Sixth. Random Selector Rose E. Washington, and Witness Catherine D. Stacey. Notified Federal Energy Regulatory Commission and clerks in involved circuits. |
| 88/08/25 | RTC-1 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED BY Federal Energy Regulatory Commission w/cert. of svc. |
| 88/10/31 | RTC-2 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving two appeals pending in two circuits as follows: one in the District of Columbia Circuit and one in the Tenth Circuit.--appealing agency order No. 44 FERC 61,434, dated September 30, 1988. |
| 88/10/31 | RTC-2 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating two appeals that were pending in two circuits in the United States Court of Appeals for the Tenth Circuit. Random Selector Patricia D. Howard, and Witness Rose E. Washington. Notified Federal Energy Regulatory Commission and clerks in involved circuits. |
| 88/11/01 | RTC-3 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving two appeals pending in two circuits as follows: one in District of Columbia Circuit and one in Fifth Circuit.--appealing agency order No. 44 FERC 61,385, dated September 23, 1988 |
| 88/11/01 | RTC-3 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating two appeals that were pending in two circuits in the United States Court of Appeals for the District of Columbia Circuit. Random Selector Patricia D. Howard, and Witness Rose E. Washington. Notified Federal Energy Regulatory Commission and clerks in involved circuits. |

| | | |
|---|---|---|
| 88/08/23 | RTC-1 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving nine appeals pending in seven circuits as follows: one in the District of Columbia Circuit, one in the Third Circuit, three in the Fifth Circuit, one in the Sixth Circuit, one in the Seventh Circuit, one in the Ninth Circuit and one in the Tenth Circuit.--appealing agency order 490 and 490-A Abandonment of Sales, dated July 22, 1988 |
| 88/08/23 | RTC-1 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating nine appeals that were pending in seven circuits in the Sixth. Random Selector Rose E. Washington, and Witness Catherine D. Stacey Notified Federal Energy Regulatory Commission and clerks in involved circuits. |
| 88/08/25 | RTC-1 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 88/08/23 FROM Federal Energy Regulatory Commission w/cert. of svc. |